## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN
## GREEN BAY DIVISION

DEREK VOLKMAN, on behalf of himself and
all others similarly situated,

                Plaintiff,

         *vs.*                                Case No. 1:18-cv-00091-WCG

ENHANCED RECOVERY COMPANY, LLC, a
Delaware Limited Liability Company, d/b/a ERC,

                Defendant.

**DECLARATION OF KATELYN B. BUSBY IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF THE PARTIES' CLASS SETTLEMENT AGREEMENT**

I, Katelyn B. Busby, of full age, hereby declare as follows:

    1.    I am an attorney at law of the State of Arkansas, and admitted to practice before the bar of this Court. My law firm, Busby Law, PLLC, is co-counsel for Plaintiff, Derek Volkman. I submit this Declaration in support of Plaintiff's Unopposed Motion for Final Approval of the Parties' Class Settlement Agreement. I am familiar with all facts set forth herein and state them to be true based upon my own personal knowledge.

    2.    I formed, and became, the sole member of Busby Law, PLLC on December 1, 2020, shortly after choosing to unilaterally leave my employment with Stern•Thomasson LLP. My newly formed law firm's principal area of practice remains focused on representing plaintiffs in class action litigation involving various state and federal consumer protection statutes. My professional experience is set forth below.

    ***A.    My Professional History and Qualifications.***

    3.    I graduated *cum laude* from the University of Arkansas in May 2011 with a B.S.B.A. in Marketing Management. Following my undergraduate studies, I attended the William H. Bowen School of Law from which I graduated *cum laude* in May 2014 and received

my Juris Doctor degree. I was admitted to practice law in the State of Arkansas the same year. I am also admitted to practice law before the United States Courts of Appeal for the Third, Seventh, and Eighth Circuits, as well as the following United States District Courts: Eastern and Western Districts of Arkansas, Eastern and Western Districts of Wisconsin, and the Southern and Western Districts of Texas. Additionally, I am admitted to practice law before the United States Bankruptcy Courts for the Eastern and Western Districts of Arkansas.

I have always remained a member in good standing and my license to practice have never been suspended or revoked by any court. There are no disciplinary proceedings pending against me in any jurisdiction and discipline has never been imposed on me in any jurisdiction. I have never been sued for malpractice or charged with violating Fed. R. Civ. P. 11.

From September 2014 and continuing until August 2015, I was employed by the State of Arkansas as a Public Defender for Pulaski County, Arkansas. In August 2015, I moved to Drew County, Arkansas and became an associate of the Hashem Law Firm. From June 2018 until November 2019, I was employed as an Attorney Specialist with the State of Arkansas, Office of Child Support Enforcement. In November 2019, I joined Stern Thomasson LLP, wherein I remained an associate until my departure in December 2020. I am a member of the Arkansas Bar Association and served as the Delegate for District C-09 from 2016 to 2018. I have also been a member of the National Association of Consumer Advocates since 2019. Additionally, I have presented Continuing Legal Education Programs on issues related to consumer debt collection.

From November of 2019 until December 4, 2020, I was an attorney with Stern Thomasson LLP where I worked on a variety of complex consumer litigation involving individual and class claims filed in state and federal trial courts. I also worked on a variety of appeals involving consumer claims in different U.S. Circuit Courts of Appeal. During my tenure at Stern Thomasson LLP, I was certified as class counsel in the following matters: *Cole v. Menn*

*Law Firm, Ltd.*, E.D. Wis. Case No. 1:19-cv-00527-WCG; *Heredia v. Capital Mangement Services, L.P.*, E.D. Wis. Case No. 1:17-cv-00284-WCG; *Steffek v. Client Services, Inc.*, E.D. Wis. Case No. 1:18-cv-00160-WCG; and *Monroe v. AssetCare, LLC, et al.*, S.D. Tex. Case No. 4:19-cv-05039. I have litigated individual and class action lawsuits throughout the United States which involved litigation and settlement classes, and I obtained several favorable decisions for my clients from various United States District Courts and Circuit Courts of Appeal.

### B. My Prior Experience and Involvement in Mr. Volkman's Case.

4. Since the outset of this case, including my tenure at Stern Thomasson LLP, I have devoted significant time and resources pursuing Mr. Volkman's individual and class claims. I was directly involved in briefing the Parties' respective Motions for Summary Judgment and preparation of the Class Settlement Agreement and its related exhibits [Doc. 78-1].

5. As noted in the Declaration of David Kaufman, part of my responsibilities following Preliminary Approval included interfacing with the court-appointed Class Administrator to provide requested information and documents necessary to ensure timely service of the Notice of Settlement to Class Members. I also tracked, coordinated, and responded to various communications to, and from, the Administrator and Class Members.

### C. My Renewed Involvement in Mr. Volkman's Case.

6. I believe it is important to discuss my departure from Stern Thomasson LLP because it relates to this Court's determination of whether to grant Final Approval to the Parties' Class Settlement Agreement—namely whether Stern Thomasson LLP remains sufficiently adequate to protect the interests of Class Members and, as discussed below, I believe Andrew Thomasson and myself are adequate to continue as Class Counsel.

7. As the Court is aware, Stern Thomasson LLP is in the process of dissolving. Given the impending dissolution, I chose to leave Stern Thomasson LLP. Until my departure,

Page **3** of **4**
Case 1:18-cv-00091-WCG     Filed 01/05/21     Page 3 of 4     Document 88

Mr. Thomasson and I continued working on Mr. Volkman's case (and others) and I know first-hand that, notwithstanding the firm's current unfortunate circumstances, we successfully fulfilled our obligations to protect the best interests of Mr. Volkman and Class Members.

8. The deadline for Class Members to object to the Settlement was December 7, 2020, which is one business day *after* I separated from Stern Thomasson LLP. Prior to my departure, the firm had not received any objections to the Settlement, and I am informed by the Administrator and Mr. Thomasson that still remains true today.

9. Mr. Thomasson has led this case since it was filed and devoted substantial time and effort pursuing its individual and class claims. The outcome Mr. Thomasson and Mr. Volkman achieved greatly benefits Class Members, as evidenced by their lack of objections.

10. I have every confidence Mr. Thomasson can, and will, continue to fulfill his obligations to the Class especially with my assistance. He stayed in touch with me after my departure and began taking the steps necessary to allow me to associate as co-counsel to help him oversee and manage the remaining aspects of the case which, in my view, assures Class Members' interests will continue to be protected.

11. I assure the Court that, in my role as co-counsel and my active participation, Class Counsel will continue to provide excellent representation to the Class and protect their interests.

*In accordance with 28 U.S.C. §1746, I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

Dated: January 4, 2021

*s/Katelyn B. Busby*
Katelyn B. Busby
Katelyn B. Busby (Ark. Bar No. 2014133)
*Co-Counsel for Plaintiff, Derek Volkman*
BUSBY LAW, PLLC
P.O. Box 1384
Monticello, AR 71657
Telephone: (870) 723-2179
E-mail: kbusby@busbylaw.org